# EXHIBIT 1



# Superior Court of the State of California

**COUNTY OF TULARE**
ADMINISTRATION
221 S. Mooney Blvd., Room 303
Visalia, California 93291
Telephone: (559) 730-5000
Facsimile: (559) 737-4290

Stephanie Cameron
Court Executive Officer/
Jury Commissioner

Nocona Soboleski
Assistant Court Executive Officer

July 1, 2020

Jason Britt
County Administrative Officer
County of Tulare
2800 W. Burrel Avenue
Visalia, CA 93291

Board of Supervisors – County of Tulare
Kuyler Crocker, District #1
Pete Vander Poell III, District #2 – Chair
Amy Shuklian, District #3 – Vice-Chair
Eddie Valero, District #4
Dennis Townsend, District #5
2800 W. Burrel Avenue
Visalia, CA 93291

Dear Mr. Britt and Honorable Members of the Board of Supervisors,

The pandemic has come to our collective doors. The recent spike of the COVID-19 virus in Tulare County now includes at least twelve (12) individuals in the county jail facilities including TCSO personnel. Court staff, the Court's judicial officers, and members of the public required to enter our facilities as victims, witnesses, and jurors will have unavoidable contact with those coming in and out of the jail and our courthouse. As a matter of public safety, we respectfully request the county immediately implement testing of all inmates in the county jail facilities and entry temperature checks for all shared county courthouse buildings open to the public.

In reviewing statistical information for Tulare County published June 30, 2020, for the past 14 days, the number of positive COVID-19 cases, the number of patients admitted to local hospitals with COVID-19, and the number of associated deaths continue to rise at an alarming rate.

These statistics stand in stark relief to the increasing COVID-19 related "incidents" that feel immediate to our justice family: the outbreak at the Adult Pretrial facility, a court employee recently testing positive, and Governor Newsom's order identifying Tulare County as one of the few counties failing those metrics reflecting improvement. This news has caused the court to consider additional measures to promote the safety and wellbeing of all our court staff, justice partners, and especially the public who must enter our facilities.

July 1, 2020
CAO Jason Britt and Board of Supervisors
Page 2

The Court has already studied, and implemented a comprehensive public safety plan. Testing all inmates would identify those individuals who have the potential to spread the virus and allow the court to make informed and responsible decisions regarding the transportation of inmates into the courthouse.

Temperature screening would help keep infected otherwise asymptomatic individuals out of the facilities. We would ask that anyone with a measured temperature of 100.4°F (38°C) or higher not be admitted into the buildings in Visalia and Juvenile Justice Center. The court intends to implement these measures in our court facilities at the South County Justice Center and in Dinuba.

Both the county and the court must be committed to providing the safest environment possible for all users of our facilities. We look forward to working with you in this regard for the benefit of all county residents.

Very truly yours,

Brett R. Allredge
Presiding Judge

Stephanie Cameron
Court Executive Officer

cc: Deanne Peterson, County Counsel – County of Tulare
   Michael Boudreaux, Sheriff – County of Tulare
   Michelle Bonwell, Chief Probation Officer – County of Tulare
   Tim Ward, District Attorney – County of Tulare
   Lisa Bertolino, Public Defender – County of Tulare
   David Allen, Conflict Counsel – County of Tulare

51

# COUNTY OF TULARE
## COUNTY ADMINISTRATIVE OFFICE

**JASON T. BRITT**
County Administrative Officer

Hon. Brett Alldredge, Presiding Judge
Stephanie Cameron, Court Executive Officer
County Civic Center
221 S. Mooney Blvd.
Visalia, California 93291

July 6, 2020

Hon. Brett Alldredge and Ms. Cameron:

Tulare County acknowledges it shares an interest with the Tulare County Superior Court in safeguarding those who frequent the courthouse buildings. Your letter requests Tulare County implement certain procedures in the following areas: COVID-19 testing of all inmates within the Tulare County jail facilities, temperature checks of all inmates going to and returning from the Tulare County Superior Court, temperature checks of all employees working within the courthouse facilities, and temperature checks of all other individuals entering the courthouse facilities.

### COVID-19 Testing of All County Inmates

Tulare County houses inmates in its jails for varying lengths of time, some as little as a few hours. Neither Tulare County' jail medical provider, Wellpath, the County Public Health Officer, nor the State Public Health Officer have required such medical testing take place for all individuals housed in jail facilities. Because such testing has not been deemed medically necessary, Tulare County will not be requiring all individuals housed in the jail facilities to submit to such a test. Tulare County will continue to follow the medical decisions of Wellpath and comply with the orders of the County and the State Public Health Officers in determining whether an inmate should be required to submit testing.

### Temperature Checks for Inmates Transported to the Courthouse

I have been informed that the Tulare County Sheriff's Department has and will continue to conduct temperature checks of all inmates transported to and returning from the courthouses for so long as the threat of COVID-19 continues.

### Temperature Checks for Employees Working in Courthouse Buildings

Tulare County will not require its employees to submit to temperature checks prior to entering the court buildings. Neither the CDC, the County Public Health Officer, nor the State Public Health Officer have required such checks to take place before reporting to work. In addition, checking temperatures of all employees prior to entry and the associated recordkeeping are both a time consuming and inefficient method to screening for COVID-19 risks.

Since the start of the pandemic, Tulare County employees have been instructed to monitor themselves for any COVID-19 symptoms, including coughing and fevers (temperature of 100.4°F or higher). Employees who display such symptoms are required to remain at home, report such symptoms to their supervisors, and contact the Tulare County communicable disease hotline for instructions. In addition, employees have been instructed to wear face coverings when present in or moving about common areas pursuant to the State Department of Public Health's face covering mandate. We believe our current procedures are sufficient to prevent the spread of COVID-19 within the workplace, including those areas shared with the Superior Court.

Temperature Checks at all Public Entrances

The security services agreement provided by the Tulare County Sheriff's Department does not contemplate Sheriff's Deputies or security officers conducting symptom screenings at the courthouse entry points. Requiring our staff to conduct such screenings would require the purchase of additional equipment, training, additional recordkeeping, and negotiations with the affected bargaining groups. However, as part of the security services provided, the Department will continue to maintain order and social distancing to allow the Court staff to conduct such symptom screenings at the public entrances.

The Tulare County Sheriff's Department continues to enforce the face-covering order upon entry. In addition, the County will continue to ensure its employees within the courthouse facilities also comply with that order.

I am happy to discuss any additional concerns the Tulare County Superior Court has regarding COVID-19 prevention and response.

Sincerely,

Jason T. Britt
County Administrative Officer


Cc:   Board of Supervisors
      Deanne H. Peterson, County Counsel
      Mike Boudreaux, Sheriff
      Tim Ward, District Attorney
      Roland P. Hill, Assessor-Clerk Recorder
      Lisa Bertolino, Public Defender
      Michelle Bonwell, Chief Probation Officer
      Cass Cook, Auditor-Controller/Treasurer-Tax Collector

JMF7/3/2020/CAO-General/1490209