# EXHIBIT 2

# INMATE GRIEVANCE FORM

NAME: ADAM IBARRA     ID#: 7781498     CELL LOCATION: 42 130

**STEP A:** An informal discussion of your grievance with the Housing Deputy is required before proceeding to Step B.

**STEP B:** If the grievance was not resolved at Step A, state it clearly and legibly below and submit it to the Shift Sergeant. All inmates should read the Grievance Procedure on the back of this form.

Describe Complaint:
NO PREVENTATIVE MEASURES ARE BEING TAKEN BY TCSO DEPUTYS, MEDICAL STAFF, TEACHERS, PERSONNEL ETC. TO PREVENT THE SPREAD OF A VERY CONTAGIOUS AND DEADLY VIRUS (COVID19). THIS FACILITY DOES NOT PRACTICE SOCIAL DISTANCING NOR DO THEY WEAR (PPE) WHICH PUTS ME AT A HIGH RISK OF CONTRACTING THE COVID19 VIRUS. WE ARE PATTED DOWN BY DEPUTYS ON A DAILY BASIS WHO ENTER AND EXIT THE FACILITY ON A DAILY BASIS AND CAN EASILY TRANSMIT THE VIRUS TO INMATES.

Date of Incident: 5/13/2020     Inmate's Signature: [signed]

I received this grievance on: 5/13/2020     Deputy's Name: S. LAZCANO

================================INMATES DO NOT WRITE BELOW THIS LINE================================

Attempted Resolution by Housing Deputy:
MR. IBARRA ONLY ONE GRIEVANCE IS ALLOWED WITHIN A 24 HOUR PERIOD, YOU HAVE TURNED IN A GRIEVANCE PRIOR TO THIS ONE WITHIN THE LAST HOUR

Housing Deputy's Signature     Date: 5/13/2020

Step B Response:

_____
Shift Sergeant's Signature     Date     File Number

**STEP C:** If the grievance was not resolved at Step B, sign below and submit it to the Facility Commander.

Inmate's Signature: _____     Date: _____

Step C Response:

_____
Facility Commander's Signature     Date

Original: White: File     Yellow: Response     Pink: Inmate     SD-122 (10/2014)

PPE MASK

## INMATE GRIEVANCE FORM

NAME: ADAM JESSE IBARRA    ID#: 7781498    CELL LOCATION: 4-42-138

**STEP A:** An informal discussion of your grievance with the Housing Deputy is required before proceeding to Step B.

**STEP B:** If the grievance was not resolved at Step A, state it clearly and legibly below and submit it to the Shift Sergeant. All inmates should read the Grievance Procedure on the back of this form.

Describe Complaint:
I AM REQUESTING TO BE PROVIDED WITH (PPE) AS WE ARE IN A COVID 19 PANDEMIC IVE PUT IN MEDICAL SLIPS REQUESTING SUCH TO NO AVAIL. IVE ASKED FLOOR DEPUTIES FOR A PROTECTIVE MASK TO MINIMIZE THE RISK OF CONTRACTING COVID19 BUT STILL HAVE NOT BEEN ISSUED A MASK. NOR DO FACILITY EMPLOYEES AND DEPUTIES WEAR ANY (PPE) OR PRACTICE PREVENTATIVE MEASURES TO ENSURE THE SAFETY AND WELLBEING OF INMATES

Date of Incident: 5-22-2020    Inmate's Signature: [signed]

I received this grievance on: 05-23-20    Deputy's Name: [signed]

================================INMATES DO NOT WRITE BELOW THIS LINE================================

Attempted Resolution by Housing Deputy:
[illegible handwriting]

Housing Deputy's Signature [signed]    Date: 05-23-20

Step B Response:
MR. IBARRA, AT THIS TIME WE ARE NOT PROVIDING PPE MASK TO INMATES. WE HAVE NO POSITIVE CASES OF COVID-19 HERE AT THE BOB WILEY DETENTION FACILITY. WE HAVE TAKEN NECESSARY SAFETY PRECAUTIONS TO PREVENT ALL INMATES AND STAFF FROM BEING INFECTED BY COVID-19. WE WILL CONTINUE TO PRACTICE THESE SAFETY MEASURES TO PREVENT ANY AND ALL INMATES FROM BEING INFECTED. YOUR REQUEST FOR A PPE MASK WILL NOT BE GRANTED AT THIS TIME.

Shift Sergeant's Signature [signed]    Date: 5-25-20    File Number: BW 20-157

**STEP C:** If the grievance was not resolved at Step B, sign below and submit it to the Facility Commander.

Inmate's Signature: [signed]    Date: 5-25-2020

Step C Response:
SEE ATTACHED

Facility Commander's Signature [signed]    Date: 05-28-20

Original: White: File    Yellow: Response    Pink: Inmate    SD-122 (10/2014)

## INMATE GRIEVANCE FORM

Inmate Name: Adam IBARRA      (7700081498)      42-138

Grievance: BW20-157

Step C Response:

Mr. IBARRA, as previously answered in grievances BW20-136 and BW20-143, the Tulare County Sheriff's Office is taking preventative measures to keep ALL Inmates safe and COVID-19 free. Preventive measures are being taken by this Administration to ensure Facility cleanliness and exposure. Protocols have been implemented and followed to prevent such.

To date, the Tulare County Sheriff's Office has ZERO in-custody COVID-19 cases. Due to you not reporting any signs and/or symptoms, your request for personal protective equipment is unapproved at this time. Thank you.

_____      05-28-20

Facility Commander Signature      Date

6/27/20

## INMATE GRIEVANCE FORM

NAME: [illegible]    ID#: 1781498    CELL LOCATION: 42-138

**STEP A:** An informal discussion of your grievance with the Housing Deputy is required before proceeding to Step B.

**STEP B:** If the grievance was not resolved at Step A, state it clearly and legibly below and submit it to the Shift Sergeant. All inmates should read the Grievance Procedure on the back of this form.

Describe Complaint:
IVE ASKED DEPUTY'S HERE IN UNIT 4 IF I CAN BE PROVIDED WITH (PPE) MASK ON SEVERAL OCCASIONS TO PREVENT THE SPREAD AND CONTRACTION OF A HIGHLY INFECTIOUS AND DEADLY VIRUS COVID-19. THIS VIRUS IS SPREADING LIKE WILDFIRE IN PRISONS AND COUNTY JAILS. TULARE COUNTY IS A HOT SPOT AND THE NUMBER OF CONFIRMED CASES IS RISING RAPIDLY. I AM REQUESTING (PPE) MASK TO PROTECT MYSELF AS THIS FACILITY IS PUTTING MY LIFE AT RISK BY NOT MANDATING DEPUTY'S TO WEAR (PPE) MASKS.

Date of Incident: 6.27.2020    Inmate's Signature: [signature]

I received this grievance on: 06/27/2020    D. GRAY
                                 Date        Deputy's Name

================================INMATES DO NOT WRITE BELOW THIS LINE================================

Attempted Resolution by Housing Deputy:
UNABLE TO RESOLVE AT HOUSING DEPUTY LEVEL. FORWARD TO SHIFT SGT.

D. GRAY                              06/27/2020
Housing Deputy's Signature           Date

Step B Response:
MR IBARRA ALL INMATES ARE PROVIDED WITH A MASK WHEN LEAVING THEIR ASSIGNED HOUSING FACILITY FURTHER MORE ALL STAFF ENTERING THE HOUSING UNITS ARE REQUIRED TO WEAR MASKS AS A PREVENTATIVE MEASURE.

SGT. ROBLES              6.29.20              BN-20-704
Shift Sergeant's Signature   Date              File Number

**STEP C:** If the grievance was not resolved at Step B, sign below and submit it to the Facility Commander.

Inmate's Signature: [signature]              Date: 6.30.2020

Step C Response:
MR IBARRA AS ALREADY ADVISED IN THE SERGEANT RESPONSE, THE SHERIFF'S OFFICE PROVIDES A MASK TO ALL INMATES WHEN LEAVING THEIR ASSIGNED HOUSING UNITS. ALL STAFF ARE MANDATED TO WEAR A MASK WHILE ON DUTY AND IN ANY PROXIMITY OF OTHERS.

C. Robles                            7/1/20
Facility Commander's Signature        Date

Original: White: File    Yellow: Response    Pink: Inmate    SD-122 (10/2014)