# EXHIBIT 3

**INMATE GRIEVANCE FORM**

NAME: Samuel Camposeco ID#: 13-00042088 CELL LOCATION: [illegible] 4-42-[illegible]

**STEP A:** An informal discussion of your grievance with the Housing Deputy is required before proceeding to Step B.

**STEP B:** If the grievance was not resolved at Step A, state it clearly and legibly below and submit it to the Shift Sergéant. All inmates should read the Grievance Procedure on the back of this form.

Describe Complaint:
Medical Care: As of Today 5-25-20 I have been refused adequate medical Care. My health has been jeopardized. As the Covid-19 pandemic continues I still attend my court proceedings and on a daily basis frequent areas such as the [illegible] area Room #13 & 2 where new detainees [illegible] receive attorney visits via teleconference, you do not provide us with PPE, to wit face masks, [illegible] hand Sanitizer, nor do you advise the Sheriff's that their failure to enforce social distancing, your failure to quarantine and test new detainees and immediately placing them [illegible] (SEE ATTACHED PAGE) CAN I GET A COPY OF THE ATTACHED PAGE? [illegible]

Date of Incident: 5-26-20 Inmate's Signature: [signature]

I received this grievance on: 05-25-20 (Date) [signature] (Deputy's Name)

=============================INMATES DO NOT WRITE BELOW THIS LINE=============================

Attempted Resolution by Housing Deputy:
DEAR MR. CAMPOSECO, AT THIS TIME NO INMATES ARE BEING PROVIDED PPE MASKS. YOUR GRIEVANCE WILL BE FORWARDED TO MEDICAL STAFF

[signature] Housing Deputy's Signature 05-25-20 Date

Step B Response:
MR. CAMPOSECO, FOR YOUR FUTURE COURT DATES IF YOU REQUEST A MASK FOR A COURT TRANSPORT ONE SHOULD BE PROVIDED TO YOU. I HAVE CONTACTED MEDICAL STAFF AND REQUESTED THEY EVALUATE YOU FOR YOUR GRIEVANCE. MEDICAL STAFF DETERMINES FOR THEIR MEDICAL PROCEDURES. FORWARDED TO MEDICAL.

J. RODRIGUEZ — Shift Sergeant's Signature 5-29-20 — Date BCJ-165 — File Number

**STEP C:** If the grievance was not resolved at Step B, sign below and submit it to the Facility Commander.

Inmate's Signature: Date:

Step C Response:

SEE ATTACHED

[signature] Facility Commander's Signature 06-05-20 Date

Original: White: File Yellow: Response Pink: Inmate SD-122 (10/2014)

**INMATE GRIEVANCE FORM**

Inmate Name: Samuel CAMPOSECO (1300042088) 42-236

Grievance: BW 20-165

Step C Response:

Mr. CAMPOSECO, all medical concerns have been/will be addressed by Medical. As suggested by Medical Staff, "please place a sick call slip for any further medical or mental health needs." Also, I will not discuss nor should you discuss any other persons medical diagnosis and/or treatment as it is a violation of HIPAA.

In the future, be advised that the Medical Directors response is equivalent to the "Step C Response." I will address the remaining no-medical concerns.

---

As the Sergeant clearly authored in his Step B Response: "For your future court dates if you request a mask for a court transport, one should be provided to you." Please advise Staff well in advance of such request and DO NOT wait until the last second. As you advised in several past grievances, you know exactly when your courts dates are.

Now as far as "Government Section 8658" the emergency/endangerment you suggest has **NOT "occurred" nor is "imminent."**

The Tulare County Sheriff's Office is taking preventative measures to keep ALL Inmates safe and COVID-19 free. Preventive measures are being taken by this Administration to ensure Facility cleanliness and exposure. Protocols have been implemented and followed to prevent such.

To date, the Tulare County Sheriff's Office has ZERO in-custody COVID-19 cases. Due to you not reporting any signs and/or symptoms, your request for personal protective equipment (other than noted above) is unapproved at this time.

Feel free to utilize the multiple cleaning solutions provided by Staff to combat your concerns as well as practicing your own safety measures you insist Staff is not performing (ie. washing hands, touching of common areas). I would also recommend you yourself avoid shaking hands, only utilize your own personal towels, cups, bowls and paperwork (include but not limited to court paperwork, handwritten notes and kites).

Thank you.

Facility Commander Signature

06-05-20

Date

**INMATE GRIEVANCE FORM**

NAME: ____________ ID#: [illegible] CELL LOCATION: BVDF 4-42-236

**STEP A:** An informal discussion of your grievance with the Housing Deputy is required before proceeding to Step B.

**STEP B:** If the grievance was not resolved at Step A, state it clearly and legibly below and submit it to the Shift Sergeant. All inmates should read the Grievance Procedure on the back of this form.

Describe Complaint:

[illegible]

Date of Incident: ____________ Inmate's Signature: ____________

I received this grievance on: 6/24/20 (Date) [signature] (Deputy's Name)

==============================INMATES DO NOT WRITE BELOW THIS LINE==============================

Attempted Resolution by Housing Deputy:

THERE ARE ZERO COVID-19 CASES IN BOB WILEY, WE ARE TAKING THE NECESSARY STEPS TO INSURE YOUR SAFETY WHILE IN CUSTODY.

[signature] Housing Deputy's Signature — 6/24/20 Date

Step B Response:

THE TULARE COUNTY SHERIFFS OFFICE IS COMMITTED TO TAKING A PROACTIVE APPROACH TO ASSIST IN THE PREVENTION OF COVID-19. IN ORDER TO COMPLY WITH GOVERNOR NEWSOMS ORDER, THE SHERIFFS OFFICE BEGINNING MONDAY JUNE 22 2020 WILL PROVIDE ALL INMATES LEAVING THEIR ASSIGNED FACILITY A MASK WHICH WILL BE WORN AT ALL TIMES WHILE AWAY FROM HIS/HER FACILITY. THIS MASK WILL BE COLLECTED BY STAFF UPON INMATES RETURN TO THEIR RESPECTIVE FACILITY AND DISPOSED OF BY STAFF. INMATES WILL ALSO BE STRATEGICALLY PLACED IN TRANSPORT VEHICLES AND COURT HOLDING AREAS TO COMPLY WITH SOCIAL DISTANCING

SGT [illegible] Shift Sergeant's Signature — 6-24-20 Date — EW 20-1916 File Number

**STEP C:** If the grievance was not resolved at Step B, sign below and submit it to the Facility Commander.

Inmate's Signature: [signature] Date: 6-25-20

Step C Response: I DO HIGHLY APPRECIATE THE TIMELY RESPONSES, HOWEVER WE NEED MASKS TO WEAR THROUGHOUT OUR DAILY FUNCTION. I WOULD LIKE TO KNOW HOW HAVING A MASK OR ANY OTHER PPE IS "AGAINST POLICY" AS STIPULATED BY SGT SCOTT AND C. CLARK? WE DONT EVEN HAVE ACCESS TO CLEANING SUPPLIES EVERY DAY BUT EVERY OTHER DAY. WE NEED PROTECTION THROUGHOUT OUR RECREATIONAL TIME NOT JUST COURT.

SEE ATTACHED

[signature] Facility Commander's Signature — 06-30-20 Date

Original: White: File Yellow: Response Pink: Inmate SD-122 (10/2014)