# EXHIBIT 4

 

Tulare County, California

Proudly Serving Since 1852

Office of
MIKE BOUDREAUX
Sheriff-Coroner
833 S. Akers Street
Visalia, CA 93277
(559) 802-9400

06/04/2020

Administration
(559) 802-9440

Detentions
(559) 735-1700

Investigations
(559) 802-9563

Operations
(559) 802-9599

Re: Professional Visits

The Tulare County Sheriff's Office has had to change its procedures on how professional video visits are done. The heightened level of security measure is necessary due to recent concerns raised by our security staff. Effective immediately, we will be requiring the following information when signing up and becoming a verified and approved professional visitor. We will no longer allow multiple users on one account. Every user will have to register for their own account.

1. To register and create a Professional account the following is required:
   Valid Driver's License number or Identification Card number.
   Full name, Date of Birth, Email Address, Business Name and address and Phone number, copy of Bar Card if applicable, copy of Drivers license and a letter on official letterhead stating you are the attorney of record.

2. If you authorize an investigator visit your client, the following will be required. This information must be emailed to the Tulare County Sheriff's Office Visitation Unit:

   All of section 1, Copy of Investigator's License, Letter from the attorney of record authorizing the visit.

Once this information has been confirmed and the inmate has verified you are in fact their attorney of record and they wish to visit, the information will be processed and the account made "professional." You will not be allowed professional access if any of these criteria are not met.

Please have your identification and Bar Card or Investigator's license available when signing in for the actual visit. They will be verified by staff at the facility at the start of your visit.

Thank you all in advance for your cooperation.