UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHARLES CRISWELL, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>MICHAEL BOUDREAUX,<br><br>  Defendant. | Case No. 1:20-cv-01048-DAD-SAB<br><br>ORDER ENTERING PROTECTIVE ORDER<br><br>(ECF No. 56) |

On January 14, 2021, a stipulated protective order governing the discovery of electronically stored information was filed in this action. (ECF No. 56.) Finding good cause exists, IT IS HEREBY ORDERED that the stipulated protected order: re discovery of electronically stored information is approved.

IT IS SO ORDERED.

Dated:   **January 14, 2021**

_____
UNITED STATES MAGISTRATE JUDGE