# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CRISWELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL BOURDREAUX, <br><br> Defendant. | Case No. 1:20-cv-01048-DAD-SAB <br><br> ORDER SETTING SETTLEMENT CONFERENCE |

Pursuant to the parties' request, IT IS HEREBY ORDERED that a settlement conference is set for May 18, 2021, at 1:30 p.m. in Courtroom 8 before United States Magistrate Judge Barbara A. McAuliffe, who will issue a subsequent order setting forth her requirements prior to the scheduled settlement conference.

IT IS SO ORDERED.

Dated: __**April 28, 2021**__

UNITED STATES MAGISTRATE JUDGE