# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CRISWELL, et al., | Case No. 1:20-cv-01048-DAD-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE |
| v. | (ECF No. 69) |
| MICHAEL BOUDREAUX, | |
| Defendant. | |

On November 2, 2020, the Court issued a scheduling order setting the pretrial deadlines in this matter. (ECF No. 42.) On May 17, 2021, the parties filed a stipulated request to extend the expert discovery deadline from May 21, 2021, to June 18, 2021. (ECF No. 69.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the November 2, 2020 scheduling order (ECF No. 42) is amended as follows:

1. Expert Discovery Deadline: June 18, 2021; and

2. All other dates and aspects of the November 2, 2020 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: __**May 18, 2021**__

UNITED STATES MAGISTRATE JUDGE

1