# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CRISWELL, et al., | Case No. 1:20-cv-01048-DAD-SAB |
| Plaintiffs, | ORDER MODIFYING SCHEDULING ORDER |
| v. | (ECF Nos. 42, 72, 76) |
| MICHAEL BOUDREAUX, | |
| Defendant. | |

On November 2, 2020, the Court issued a scheduling order setting the pretrial deadlines in this matter. (ECF No. 42.) On May 18, 2021, the Court extended the expert discovery deadline pursuant to the parties' stipulation. (ECF No. 72.) On June 3, 2021, the parties attended a settlement conference before Magistrate Judge Barbara A. McAuliffe, at which, the parties agreed to extend the expert discovery deadline and the dispositive motion filing deadline to allow for further settlement discussions. (ECF No. 76.) Having been advised by Judge McAuliffe of the parties' agreement to modify the scheduling order, the Court shall grant the requested extensions.

///
///
///
///

1

Pursuant to the agreement of the parties, IT IS HEREBY ORDERED that the November 2, 2020 scheduling order, as amended May 18, 2021, is further amended as follows:

1. Expert Discovery Deadline: June 30, 2021;
2. Dispositive Motion Filing Deadline: July 9, 2021; and
3. All other dates and aspects of the November 2, 2020 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **June 3, 2021**

UNITED STATES MAGISTRATE JUDGE