# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CRISWELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BOUDREAUX,<br><br>Defendant. | Case No. 1:20-cv-01048-DAD-SAB<br><br>ORDER GRANTING WITHDRAWAL OF LAUREN M. HARDING AS ATTORNEY FOR PLAINTIFFS AND DIRECTING CLERK OF COURT TO TERMINATE LAUREN M. HARDING AS ATTORNEY OF RECORD<br><br>(ECF No. 85) |

On September 17, 2021, a notice of withdrawal of Lauren M. Harding as counsel for Plaintiffs was filed. (ECF No. 85.) Other counsel from the law firm of Munger, Tolles & Olson LLP, remains as counsel of record.

Accordingly, IT IS HEREBY ORDERED that:

1. The request to withdraw Lauren M. Harding as counsel is GRANTED; and
2. The Clerk of the Court is DIRECTED to terminate Lauren M. Harding as attorney for Plaintiffs.

IT IS SO ORDERED.

Dated: **September 20, 2021**

UNITED STATES MAGISTRATE JUDGE

1